UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PARAQUAT PRODUCTS LIABILITY
LITIGATION

MDL No. 3004

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –1)

On June 7, 2021, the Panel transferred 9 civil action(s) to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* \_F.Supp.3d\_ (J.P.M.L. 2021). Since that time, no additional action(s) have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Nancy J. Rosenstengel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Rosenstengel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of June 7, 2021, and, with the consent of that court, assigned to the Honorable Nancy J. Rosenstengel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 17, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By_____
   Deputy Clerk
Date_____

IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION       MDL No. 3004

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 21-00611 | Rutherford v. Syngenta Crop Protection LLC et al |
| **ARIZONA** | | | |
| AZ | 3 | 21-08068 | Barr v. Syngenta AG et al |
| **ARKANSAS EASTERN** | | | |
| ARE | 3 | 21-00069 | Gray v. Syngenta Crop Protection LLC et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 21-02585 | Haresnape v. Syngenta AG et al |
| CAN | 3 | 21-02797 | Ward v. Syngenta AG et al |
| CAN | 3 | 21-03047 | Ayres v. Syngenta Crop Protection, LLC et al |
| CAN | 3 | 21-03048 | Dietrich v. Syngenta Crop Protection, LLC et al |
| CAN | 3 | 21-03049 | Larsen v. Syngenta Crop Protection, LLC et al |
| CAN | 3 | 21-03051 | Glassburn v. Syngenta Crop Protection, LLC et al |
| CAN | 3 | 21-03059 | Smith v. Syngenta Crop Protection, LLC et al |
| CAN | 3 | 21-03229 | Parson v. Syngenta Crop Protection, LLC et al |
| CAN | 3 | 21-03305 | Galasso et al v. Syngenta AG et al |
| CAN | 3 | 21-03308 | Werking v. Syngenta AG et al |
| CAN | 3 | 21-03310 | Dove et al v. Syngenta AG et al |
| CAN | 3 | 21-03443 | Brown Jefferson v. Syngenta AG et al |
| CAN | 3 | 21-03879 | Vacchino v. Syngenta AG et al |
| CAN | 3 | 21-03932 | Hensgens v. Syngenta AG et al |
| CAN | 4 | 21-02582 | Adams v. Syngenta AG et al |
| CAN | 4 | 21-02595 | Mettetal v. Syngenta AG et al |
| CAN | 4 | 21-03233 | Milling et al v. Syngenta Crop Protection, LLC et al |
| CAN | 4 | 21-03278 | Amatucci v. Sygenta AG et al |
| CAN | 4 | 21-03409 | Jones v. Syngenta AG et al |
| CAN | 4 | 21-03424 | Hancock v. Syngenta AG et al |
| CAN | 4 | 21-03488 | Edwards v. Syngenta Crop Protection, LLC et al |
| CAN | 4 | 21-03606 | Passino et al v. Syngenta AG et al |
| CAN | 4 | 21-03650 | Ingram v. Sygenta AG et al |
| CAN | 4 | 21-03670 | Nelson v. Sygenta AG et al |
| CAN | 4 | 21-03929 | Normand v. Syngenta AG et al |

| District | | Case No. | Case Name |
|---|---|---|---|
| **IOWA SOUTHERN** | | | |
| IAS | 4 | 21-00137 | Holliday v. Syngenta AG et al |
| **MARYLAND** | | | |
| MD | 8 | 21-00908 | Spriggs v. Syngenta Crop Protection, LLC et al |
| **MINNESOTA** | | | |
| MN | 0 | 21-01059 | Rysavy v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01061 | Elmore v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01062 | Supenia v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01063 | Gamwell v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01064 | Trower v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01065 | McDonald v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01066 | Kirk v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01067 | Richmond v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01068 | McDonald v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01106 | Cates v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01107 | Pilgreen v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01108 | Self v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01109 | West v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01110 | Firmin v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01111 | Gaddis v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01112 | Smith v. Syngenta Crop Protection, LLC et al |
| MN | 0 | 21-01113 | Wilson et al v. Syngenta Crop Protection, LLC et al |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 4 | 21-00047 | Nunnery v. Syngenta AG et al |
| MSN | 4 | 21-00059 | Ruscoe v. Syngenta AG et al |
| **MISSOURI EASTERN** | | | |
| MOE | 1 | 21-00081 | Strickland v. Syngenta Crop Protection LLC et al |
| MOE | 1 | 21-00082 | Otten v. Syngenta Crop Protection LLC et al |
| MOE | 2 | 21-00029 | Adams v. Syngenta Crop Protection LLC et al |
| MOE | 2 | 21-00030 | McCarty v. Syngenta Crop Protection LLC et al |
| MOE | 2 | 21-00031 | Hays v. Syngenta Crop Protection, LLC et al |
| **NORTH DAKOTA** | | | |
| ND | 1 | 21-00088 | Moen v. Syngenta Crop Protection LLC et al |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 21-01996 | CRANE et al v. SYNGENTA CROP PROTECTION LLC et al |
| PAE | 2 | 21-02013 | COPAS et al v. SYNGENTA CROP PROTECTION LLC et al |
| PAE | 2 | 21-02016 | FRIDAY et al v. SYNGENTA CROP PROTECTION LLC et al |
| PAE | 5 | 21-02397 | LANDIS v. SYNGENTA CROP PROTECTION LLC et al |

| | | | |
|---|---|---|---|
| PENNSYLVANIA MIDDLE | | | |
| PAM | 4 | 21-00948 | Wurster v. Syngenta Crop Protection LLC et al |
| TENNESSEE MIDDLE | | | |
| TNM | 1 | 21-00033 | Morrow v. Syngenta Crop Protection LLC et al |
| TNM | 1 | 21-00034 | Nichols v. Syngenta Crop Protection LLC et al |